# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>DARNELL EDWARDS, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05911<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DARNELL EDWARDS the above process on the 19 day of January, 2017, at 3:17 o'clock, PM, at 1326 Betsy Ross Pl Philadelphia, PA 19122 4006 , County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[X] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: KENDALL EDWARDS
Relationship/Title/Position: NIECE
Remarks: _____
Description: Approximate Age 18-20  Height 5'6  Weight 150  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: [X] No  [ ] Yes  Branch: _____

Commonwealth/State of __Pa__ )
                              ) SS:
County of __Berks__           )

Before me, the undersigned notary public, this day, personally, appeared ____D'wayne Henriksson____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____(Signature of Affiant)_____

Subscribed and sworn to before me this **20** day of __JAN__, 20 **17**.

_____
Notary Public

File Number: USA-158336
Case ID #: 4789357

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017