## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                        Plaintiff <br><br>    v. <br><br> DARNELL EDWARDS, <br>                        Defendant | No. 16-05911 |

### DEFAULT JUDGMENT

AND NOW, this ____16th____ day of ____February_____, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Monday, November 14, 2016 and, after due service of process on Defendant, DARNELL EDWARDS, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, DARNELL EDWARDS, in the amount of $4,537.68.  Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:  February 16, 2017

                                     Clerk, United States District Court
                                     EasternDistrict of Pennsylvania

                    By:    __s/ Terry Milano_____
                          Deputy Clerk